UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HSIN LIN,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLTA MEDICAL, INC., et al.,<br><br>   Defendants. | Case No. 21-cv-05062-PJH<br><br>**ORDER RE: DEFENDANTS' ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11**<br><br>Re: Dkt. No. 37 |

Before the court is defendants' administrative motion made pursuant to Civil Local Rule 7-11, requesting extensions of deadlines in light of the holiday season and office closures. Plaintiff filed an opposition to defendants' motion based in part on the length of the extensions requested. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

1. Defendants' request to continue their deadline to respond to plaintiff's amended complaint (Dkt. 36) to February 2, 2022, is GRANTED.
2. Defendants' request to stay the deadline for jurisdictional discovery is DENIED.
3. Defendants' and plaintiff's requests for a further case management conference are DENIED. However, given the extension of time to February 2, 2022 for the defendants' response to the amended complaint, the parties may stipulate to a different schedule for the filing of the supplemental briefs permitted by this court's December 6, 2021 order.

1     **IT IS SO ORDERED.**

2     Dated: December 28, 2021

                                                */s/ Phyllis J. Hamilton*
                                               PHYLLIS J. HAMILTON
                                               United States District Judge