UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HSIN LIN,

        Plaintiff,

    v.

SOLTA MEDICAL, INC., et al.,

        Defendants.

Case No. 21-cv-05062-PJH

**ORDER RE: PLAINTIFF'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 7-11**

Re: Dkt. No. 40

Before the court is plaintiff's administrative motion made pursuant to Civil Local Rule 7-11. Having read the papers and carefully considered the relevant legal authority, and good cause appearing, the court hereby rules as follows.

1. The deadline for jurisdictional discovery remains unchanged.
2. The briefing schedule from this court's December 6, 2021 order, including the February 4, 2022 opposition deadline, is VACATED.
3. Plaintiff's request for a case management conference is DENIED.
4. Given that the opposition deadline mooted by the first amended complaint precedes defendants' deadline to respond to plaintiff's administrative motion, the court acts immediately and without defendants' response.

**IT IS SO ORDERED.**

Dated: February 3, 2022

                                    */s/ Phyllis J. Hamilton*
                                    PHYLLIS J. HAMILTON
                                    United States District Judge