UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HSIN LIN,

        Plaintiff,

    v.

SOLTA MEDICAL, INC.,

        Defendant.

Case No. 21-cv-05062-PJH

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Re: Dkt. No. 66

     Before the court is plaintiff's motion to file a second amended complaint. Dkt. 66. Defendant filed a notice of non-opposition on June 16, 2023. Dkt. 68. The matter is fully briefed and suitable for decision without oral argument. Accordingly, the hearing set for July 27, 2023, is VACATED. Having read the parties' papers and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS plaintiff's motion for leave to file a second amended complaint and instructs plaintiff to file the second amended complaint in the form attached as Exhibit 1 to plaintiff's motion within 7 days of the filing of this order.

     **IT IS SO ORDERED.**

Dated: June 20, 2023

_____

PHYLLIS J. HAMILTON
United States District Judge