# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**Date:** November 14, 2024  (Time: 1 hour, 33 minutes)   **JUDGE:** Phyllis J. Hamilton

**Case No:** 21-cv-05062-PJH
**Case Name:** Lin v. Solta Medical, Inc.

**Attorney(s) for Plaintiff:**     Jeremy Pollack
**Attorney(s) for Defendants:**    David Norden; Hyung Steele

**Deputy Clerk:** Kelly Collins         **Court Reporter:** Kendra Steppler via Zoom

## PROCEEDINGS

Defendant's Motion for Summary Judgment or, alternatively, Summary Adjudication Hearing-Held. The Court takes the matter under submission.

Plaintiff's Motion to Exclude Expert Opinion Testimony of Dr. Steward Wang – The Court takes the matter under submission.

Plaintiff's Motion to Exclude Expert Opinion Testimony of Mr. Bennett and Mr. Malwitz Wang – The Court takes the matter under submission.

Defendant's Motion to Exclude Opinions of M. Monica Ip Wang – The Court takes the matter under submission.

Defendant's Motion to Exclude Opinions of Alan Schwartz Wang – The Court takes the matter under submission.

Defendant's Motion to Exclude Opinions of Dr. Christine Lee Wang – The Court takes the matter under submission.

Defendant's Motion to Exclude Testimony of Boris Leschinsky Wang – The Court takes the matter under submission.

Order to be prepared by:   [] Pl [] Def [X] Court

cc: chambers